# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09cv358

| | |
|---|---|
| KATHERINE P. LAMONICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| C. B. FLEET COMPANY, INC.; and ) | |
| C. B. FLEET HOLDING COMPANY, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the "Consent Motion to Stay Proceedings Pending Judicial Panel of Multidistrict Litigations's Decision on Pending MDL Motions." (#8) Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the "Consent Motion to Stay Proceedings Pending Judicial Panel of Multidistrict Litigations's Decision on Pending MDL Motions" (#8) is **GRANTED,** and that all deadlines, including the deadline for filing an Answer or other responsive pleading, are **STAYED** pending the decision of the MDL panel in In re: Oral Sodium Phosphate-Based Products Liability

<u>Litigation</u>, MDL No. 2066 (MDL 2009).

**Counsel for the respective parties are jointly responsible for filing status reports with the court every 60 days to inform the court as to the status of the MDL proceeding. If satisfied with such reports, the court will allow the continuance of the stay without entering further Orders.**

Signed: February 4, 2010

Dennis L. Howell
United States Magistrate Judge